In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-25-00095-CV

_____

## IN THE INTEREST OF N.A.

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. 23DCFM0731**

## MEMORANDUM OPINION

Appellant Mother appeals the termination of her parental rights to her children, N.A., S.A., and R.E.[1] *See* Tex. Fam. Code Ann. § 161.001. Appellant Father also appeals the termination of his parental rights to his children, S.A. and R.E.[2] The trial court found, by clear and convincing evidence, that statutory grounds

---

[1] To protect the minor children's identity, we refer to them by their initials. *See* Tex. R. App. P. 9.8(b)(2).

[2] The trial court also terminated the parental rights of N.A.'s father, but he is not a party to this appeal. *See* Tex. Fam. Code Ann. § 161.002(b)(1).

1

exist for termination and that termination is in the best interest of the children. *See* Tex. Fam. Code Ann. § 161.001(b)(1)(D), (E), (2).

Appellants' court-appointed appellate attorneys submitted briefs in which they contend there are no meritorious issues for appeal. *See Anders v. California*, 386 U.S. 738 (1967); *In re L.D.T.*, 161 S.W.3d 728, 731 (Tex. App.— Beaumont 2005, no pet.). Both counsel contemporaneously filed motions to withdraw. The briefs provide the attorneys' professional evaluation of the record, discuss the evidence at trial and the applicable legal standard, the trial court's ruling, and why the trial court's ruling is supported by sufficient evidence. Both attorneys conclude there are no arguable grounds to be advanced on appeal. They certified that their respective clients were served with a copy of the applicable *Anders* brief. This Court notified Appellants of their right to file a pro se response, as well as the deadlines for doing so. This Court received no pro-se response from either Appellant. We have independently reviewed the entire record and counsels' briefs, and we conclude that there are no arguable grounds for review, that no reversible error exists, and that Appellants' appeals are frivolous. *See Anders*, 386 U.S. at 744 (emphasizing that the reviewing court—and not counsel—determines, after full examination of proceedings, whether the appeal is wholly frivolous). As a result, we affirm the trial court's termination of Appellants' parental rights. We further find no arguable error

requiring us to order appointment of new counsel to re-brief this appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991).

But we deny the motions to withdraw because this is a parental termination case and counsels' motions to withdraw do not show "good cause" for withdrawal. *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) (In a parental termination case when the attorney files an *Anders* brief and a motion to withdraw, "an *Anders* motion to withdraw brought in the court of appeals, in the absence of additional grounds for withdrawal, may be premature."). An attorney appointed under section 107.013(a)(1) of the Texas Family Code continues to represent an indigent parent as outlined under section 107.016 of the Texas Family Code until the earliest of either the date the suit is dismissed, the date that all appeals in relation to any final order terminating parental rights are exhausted or waived, or the date the attorney is relieved of the attorney's duties or replaced by another attorney after a finding of good cause is rendered by the court on the record. *See* Tex. Fam. Code Ann. §§ 107.013(a)(1), 107.016(2); *In re P.M.*, 520 S.W.3d at 27–28.[3]

---

[3] We note that if either Appellant decides to pursue review by the Supreme Court of Texas, counsel may satisfy their obligations to Appellants "by filing a petition for review that satisfies the standards for an *Anders* brief." *In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016).

AFFIRMED.

JAY WRIGHT
Justice

Submitted on July 23, 2025
Opinion Delivered July 31, 2025

Before Golemon, C.J., Wright and Chambers, JJ.

4